# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

Plaintiff,

-vs-   Case No. 11-CR-300

**JASON KURT RUMMEL,**

Defendant.

# DECISION AND ORDER

Jason Rummel ("Rummel") moves for a temporary interruption in his sentence so he can attend the funerals of his grandfather and uncle. The Bureau of Prisons has exclusive jurisdiction to grant a prisoner's request for temporary release. 18 U.S.C. § 3622(a); *Bania v. Federal Bureau of Prisons*, No. 10-2212 (SRN/FLN), 2011 WL 882096, at *3 (D. Minn. Feb. 24, 2011) ("Congress has given the BOP—not the courts—the authority to grant temporary releases to federal prisoners"); *United States v. Reed*, No. 01-CR-20062, 2008 WL 4822045 (C.D. Ill. Oct. 28, 2008) (§ 3622(a) "vests the authority to grant temporary release of a prisoner specifically with the Bureau of Prisons, not the federal courts"). Therefore, Rummel's motion [Docket No. 44] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 5th day of March, 2013.

                                   **BY THE COURT:**

                                   _____
                                   **HON. RUDOLPH T. RANDA**
                                   **U.S. District Judge**